UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA MARIE MITFORD,<br><br>   Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI,<br><br>   Defendant. | Case No. 23-cv-01264-SK<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On March 19, 2023, Plaintiff filed a complaint appealing the denial of social security benefits. Pursuant to the parties' stipulation, which the Court granted, Plaintiff's motion for summary judgment was due to be filed by September 5, 2023. (Dkt. No. 13.) To date, Plaintiff has not filed a motion for summary judgment. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff shall file a written response to this Order to Show Cause by no later than October 31, 2023. If Plaintiff intends to file a motion for summary judgment, she must show good cause for his failure to comply with the Order in this case. Plaintiff is admonished that if she fails to file a response to this Order to Show Cause by October 31, 2023, the Court will dismiss this case without prejudice without further notice to Plaintiff.

**IT IS SO ORDERED**.

Dated: October 17, 2023

_____
SALLIE KIM
United States Magistrate Judge